

```
                    UNITED STATES DISRTICT COURT
                    CENTRAL DISTRICT OF ILLIONIS
                        SPRINGFIELD DIVISION
```

DANNY D.  MORGAN                    )
       Petitioner              )
                               )
vs.                                 )     Case No. 00-30074
                               )
UNITED STATES of AMERICA            )
       Respondent              )

MOTION TO MODIFY SENTENCE PURSUANT TO
<u>18 U.S.C. § 3582 (c)(2)</u>

    Comes now, the petitoner, Danny Morgan, a pro se petitioner and moves this Honorable Court, for an order to modify petioner's sentence under Amenment 706, of the United States Sentencing Commision, Sentencing Guidlines and pursuant to 18 U.S.C. § 3582 (c)(2). In support of said request , petioner states as follows:

    Pursuant to 18 U.S.C. § 3582 (c)(2), District Courts may modify a term of imprisonment, in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commision pursuant to 28 U.S.C. § 994 (o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the Court may reduce the term of imprisonment after considering factors set forth in Section 3553 (a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commision. <u>United States v. Forty-Estremera</u>, 498 F. Supp. 2d 468 (2007).

CERTIFICATE OF SERVICE

The undersigned certifies that an original and two copies of the attached motion to modify petioner's sentence, pursuant to 18 U.S.C § 3582 (c)(2), was sent to the Clerk of the below mentioned Court, via first class U.S. mail, postage pre-paid :

Clerk of Court
U. S. District Court, Central District of Illionis
Springfield Division
600 East Monroe Street, Suite 108
Springfield, Illionis 62710

by depositing, both copies in the prison legal mailbox, at F.M.C. Lexington on this ___6th___, day of March 2008.

Respectfully Submitted,

*Danny D. Morgan* 12581-026
Danny, D. Morgan, pro se

CONCLUSION

Wherefore, for all the reasons stated above, the Petitoner respectfully prays this Honorable Court to grant this motion and enter an order modifying petitioner's sentences, in light of the Sentencing Commision's recent amendments. Petitoner further seeks any and all other relief to which he is entitled.

Respectfully Submitted,

*Danny D. Morgan* #12581-02
Danny D. Morgan, pro se
Reg. No 12581-026
Federal Medical Center
P.O. Box 14500-Card.
Lexington, KY  40512-4500