E-FILED
Wednesday, 02 April, 2008   03:45:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>DANNY D. MORGAN,<br><br>    Defendant. | No. 00cr30074<br>Hon. Jeanne E. Scott<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE**

NOW COMES the Defendant, DANNY D. MORGAN, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

    1.    The Defendant pleaded guilty on March 2, 2001, to one count of possession of five or more grams of cocaine base (crack) with intent to deliver in violation of 21 U.S.C. § 841(a)(1).

    2.    The offense carried a 10-year statutory mandatory minimum penalty.

    3.    At sentencing, the defendant was held accountable for at least 500 grams but less than 1.5 kilograms of crack cocaine. This amount resulted in a Base Offense Level of 36.

    4.    With a 3-level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 33.

5. At sentencing, this court found the Defendant's Criminal History Category to be VI, resulting in a guideline range of 235 to 293 months.

6. This court and imposed a sentence of 160 months, after departing 32% from the bottom of the range.

7. Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now 34, and with the same adjustments made at his original sentencing hearing, his Total Offense Level is 31, his criminal history category remains at VI, and his new guideline range is 188-135 months. Applying the same 32% departure from the bottom of the new guideline range results in a 127 month sentence.

8. Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

9. The United States Attorney's Office and the United States Probation Office have no objection to this motion.

WHEREFORE, the Defendant, DANNY MORGAN, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **127 months imprisonment**.

DANNY D. MORGAN, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:   s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088

401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney David Risely.

s/ Jonathan E. Hawley

_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org